

# IN THE
# TENTH COURT OF APPEALS

### No. 10-19-00122-CR

### EX PARTE JORDAN PRICE

**From the 54th District Court
McLennan County, Texas
Trial Court No. 2019-472-2**

## ABATEMENT ORDER

The Court, *sua sponte*, considers the status of this case. Relator Jordan Price, who was determined to be indigent by the trial court, has ostensibly filed this appeal *pro se*. However, the signature block on his pleadings includes the name of attorney J. Goodwille Pierre with the note, "Limited Representation." In his briefing, Price notes that the trial court appointed Jason Darling to represent him in an underlying criminal case, which arises out of arrest warrants and extradition proceedings filed against Price by the State of Virginia. This current appeal arises out of Price's dissatisfaction with the bond that was set in that matter. On another underlying criminal matter, that may affect the extradition proceeding, Price additionally lists Jonathan Sibley and Brian McGiverin as attorneys who have been appointed to represent him. Price was also represented by

attorney Michel Simer at a hearing on the writ of *habeas corpus* filed with the trial court, although she noted that her representation was limited to arguing the writ.

The court of criminal appeals has held that a party represented by counsel is not entitled to hybrid representation. *See Ex parte Bohannon*, 350 S.W.3d 116, 116 n.1 (Tex. Crim. App. 2011) (noting that the court disregarded and took no action on a *habeas corpus* applicant's *pro se* submissions because he was represented by counsel); *see also Ex parte Taylor*, 36 S.W.3d 883, 887 (Tex. Crim. App. 2001); *Ex parte Page*, No. 10-12-00117-CR, 2012 WL 2149235 at *1 n.2 (Tex. App.—Waco June 13, 2012, no pet.).

It is therefore ordered that this matter is abated for fourteen (14) days from the date of this Order to enable the trial court to hold a hearing to resolve the issue of Price's representation—whether he is proceeding *pro se*, whether he is represented by one or more attorneys in this Court and who they are, or whether new counsel should be appointed. The reporter's record shall be filed with this Court on or before seven (7) days after the conclusion of the hearing.

The Court additionally notes that the certificates of service included in Price's pleadings do not reflect service on any attorney other than the State's attorney. Once the issue of Price's representation is resolved, he will be responsible for providing copies to any attorney who is appointed to represent him in McLennan County. Price shall also list the names of any attorneys to whom he is sending copies in the certificate of service appended to any further filings in this matter.

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Neill
Order abating case
Order issued and filed June 10, 2019

